# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEPHENSON,** | : |
| Petitioner, | : |
| vs. | :   **CIVIL ACTION 06-0310-KD-C** |
| **STEPHEN ARCHER,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's action be and is hereby **DISMISSED** without prejudice.

**DONE** this 11th day of July, 2006.

                                            **s / Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**